■ In the Matter of MANHATTAN FUNDING CORP., Respondent, v. PERCY G. GELLERT, Appellant.— In a proceeding to determine the amount due appellant for his services as an attorney (Judiciary Law, § 475), he appeals from an order of the Supreme Court, Kings County, entered October 5, 1965, which denied his motion for a change of venue and referred the proceeding to a Special Referee to hear and report. Order modified by striking out the second decretal paragraph thereof, which directs the reference, and by substituting therefor a provision that appellant is permitted to answer or move against the petition. Order, as so modified, affirmed, without costs. Appellant's time to answer or move against the petition is extended until 10 days after service of a copy of the order to be entered hereon, with notice of entry. In the present posture of this proceeding, appellant has been deprived of an opportunity to answer or move against the petition, by reason of his inadvertent failure to answer or move within the statutory time. In the interest of justice, he should be given that opportunity before a hearing is held. Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

■ In the Matter of NEW YORK TELEPHONE COMPANY, Appellant, v. COMMON COUNCIL OF THE CITY OF RYE et al., Respondents. In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, v. COMMON COUNCIL OF THE CITY OF RYE et al., Respondents. In the Matter of PORT CHESTER WATER WORKS, INC., Appellant, v. CLAY JOHNSON, as Mayor of the City of Rye, et al., Respondents.— In three separate proceedings, each by a different petitioner, to review certain action taken by the City of Rye with respect to imposing a sewer tax on the respective special franchises of the petitioners, each petitioner appeals from the order of the Supreme Court, Westchester County, made in its proceeding, entered July 20, 1964, which granted respondents' motion for summary judgment. Orders affirmed, with a single bill of $10 costs and disbursements against petitioners jointly, upon the opinion of the learned Special Term (Matter of New York Tel. Co. v. Common Council of City of Rye, 43 Misc 2d 668). Brennan, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.